FILED

AUG 1 9 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 4:26CR00401- JMD SRW |
| CARL WASHINGTON, SR., | ) | |
| Defendant. | ) | |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and C. Ryan Finlen, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), an offense for which a maximum 15-year imprisonment is prescribed under Title 18.

2. This is Defendant's third federal Felon-in-Possession-of-a-Firearm charge. In 2016, he was sentenced to 12 months in prison followed by 3 years of supervision. Upon release, his supervision was revoked.

3. In 2022, Defendant was sentenced to 30 months in prison, followed by 3 years of supervised release. Upon release, his supervision was again revoked. After that 2023 revocation, Defendant was sentenced to 2 more years of supervised release.

4. Within a month of his supervision expiring, police in St. Louis stopped a vehicle for improper registration on March 10, 2026. When Defendant, who was a passenger of the vehicle, stepped out, police discovered that a firearm was on the seat where defendant was sitting. Defendant was the last occupant to step out of the car.

5. While charges from this March 2026 arrest were pending, police in St. Louis attempted to arrest Defendant on August 4, 2026, for an active warrant. After police initially encountering Defendant, he refused their orders to surrender and ran into a house instead. Police pursued Defendant, who wore a cross-body bag, into the house. By the time they arrest Defendant, he had discarded the bag. Next to where Defendant discarded the bag, officers recovered two firearms.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ C. Ryan Finlen*
C. RYAN FINLEN, #6305918(IL)
Assistant United States Attorney